# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 15-48911 MBM

**Case Name:** WORLD ART AUCTIONS, LLC

**For Period Ending:** 03/31/2019

**Trustee Name:** (420030) Kenneth A. Nathan

**Date Filed (f) or Converted (c):** 06/09/2015 (f)

**§ 341(a) Meeting Date:** 08/12/2015

**Claims Bar Date:** 01/13/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH<br>Eric Bukema Trust Account<br>901 Wilshire Dr. Ste 550<br>Troy, MI 48084 | 22,000.00 | 22,000.00 | | 20,200.00 | FA |
| 2 | Art Inventory in various locations (see att. list)<br>-Art Inventory World Art Auctions, LLC 4581 Lapeer Rd., Suite B, Lake Orion, MI 48359 $3,000,000.00 at retail<br>-Art Inventory Royal Carribean Cruise Lines 1050 Caribean Way, Miami, FL 33132 Unknown approx. $400,000.00<br>-Art Inventory Oceania Cruises - Regent Seven Seas 8300 NW 33rd Street, Ste 101 Miami, FL 33122 Unknown approximately $150,000.00<br>-Art Inventory Origin Publishing Int'l Pty Ltd Post Box 16 Bellbourie, Queensland, Australia Unknown<br>-Art Inventory Icons Publishing Int'l Pty Ltd Australia Unknown<br>-Art Inventory Todd Smyth c/o Gregory Starr 101 NE Third Avenue Fort Lauderdale, FL 33301 Approximately $100,000.00<br>-Art Inventory Artist Group Int'l 9958 Mystic Moss St.. Las Vegas, NV 89163 Unknown<br>-Art Inventory Kevin Bogg c/o Origin Publishing Int'l Pty Post Box 16 Bellbowrie, Queensland, Australia $60,000.00 reported as stolen art<br>-Art inventory Tom Armstrong addres unknown Unknown approximately $35,000.00<br>-Art Inventory Avraham Baum 25208 Pierce Southfield, MI 48075 Unknown | 3,745,000.00 | 600,000.00 | | 706,112.07 | 350,000.00 |
| 3 | [Interests in partnerships or joint ventures]<br>Fine Art Auctions, LLC<br>4581 S. Lapeer Rd., Suite B<br>Lake Orion, MI 48359 | Unknown | 5,000.00 | | 0.00 | FA |
| 4 | Inventory #5 Schedule B and attachments | Unknown | 0.00 | | 0.00 | FA |
| 5 | Misc. Refunds (u) | 0.00 | 473.19 | | 533.19 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$3,767,000.00** | **$627,473.19** | | **$726,845.26** | **$350,000.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 15-48911 MBM
**Case Name:** WORLD ART AUCTIONS, LLC

**For Period Ending:** 03/31/2019

**Trustee Name:** (420030) Kenneth A. Nathan
**Date Filed (f) or Converted (c):** 06/09/2015 (f)
**§ 341(a) Meeting Date:** 08/12/2015
**Claims Bar Date:** 01/13/2016

**Major Activities Affecting Case Closing:**

    3/31/19 Continued liquidation of art inventory in accordance with agreement with TCA
    12/31/18 Continued liquidation of art
    6/30/18 Ongoing liquidation of art
    3/31/18 Ongoing liquidation of inventory per agreement with secured creditor TCA; resolution of litigation against Schuster, et al.
    12/31/17 Continued sale of art for secured creditor
    9/30/17 Ongoing liquidation of inventory per agreement with secured creditor TCA
    6/30/17 Continued liquidation of inventory
    3/31/17 Liquidating inventory per agreement with secured creditor TCA
    12/31/16 Monitoring sale of assets
    9/30/16 Continued monitoring of sale of art
    6/30/16 Monitoring sale of art
    3/31/16 Continued collection of art and sale of same per court order
    12/31/15 Selling art per court order
    12/8/15 Order for Joint Administration entered with case No. 15-47983 (Acquisition Strategies, Inc.)
    12/8/15 Order for Sale of Assets entered
    11/23/15 Motion for Joint Administration and Motion for Sale of Assets filed
    9/30/15 Collecting inventory and working out agreement with secured lender to liquidate
    7/21/15 Hired counsel for the Trustee

**Initial Projected Date Of Final Report (TFR):** 12/31/2017     **Current Projected Date Of Final Report (TFR):** 12/31/2019

| 04/26/2019 | /s/Kenneth A. Nathan |
|---|---|
| Date | Kenneth A. Nathan |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 15-48911 MBM | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/15 | {1} | Buikema, PLLC Trust Account | Turnover of proceeds held in trust re: sale of WAA Lichtenstein lithograph by Phillips Auctions | 1129-000 | 20,200.00 | | 20,200.00 |
| 08/10/15 | 101 | Interstate Lock & Safe L.L.C. | Locksmith services to secure potential assets | 2420-000 | | 191.64 | 20,008.36 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.07 | 19,984.29 |
| 09/03/15 | 102 | JST Enterprise, L.L.C. | June, July and August rent and trash removal | 2410-000 | | 3,852.00 | 16,132.29 |
| 09/21/15 | 103 | JST Enterprise, L.L.C. | September rent and trash removal | 2410-000 | | 1,284.00 | 14,848.29 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.15 | 14,821.14 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.31 | 14,799.83 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.57 | 14,779.26 |
| 12/01/15 | {5} | MLR Operations | 2014 Medical Loss Ratio Premium Rebate Check | 1290-000 | 473.19 | | 15,252.45 |
| 12/14/15 | 104 | Erman, Teicher, Zucker & Freedman, P.C. | Reimbursement for copy and service charges p/o 12/815 | 3220-000 | | 7,500.00 | 7,752.45 |
| 12/14/15 | 105 | Shaya Baum | Expenses p/o 12/8/15 | 2990-000 | | 6,755.22 | 997.23 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.82 | 978.41 |
| 01/05/16 | {2} | David's Art LLC | P/o 12/8/15 | 1129-000 | 50,000.00 | | 50,978.41 |
| 01/11/16 | 106 | Shaya Baum | Reimbursement for expenses p/o 12/8/15 | 2990-000 | | 8,547.39 | 42,431.02 |
| 01/11/16 | 107 | Nouvea Fine Arts, LLC | December and January Rent p/o 12/8/15 | 2410-000 | | 5,300.00 | 37,131.02 |
| 01/21/16 | {2} | Erman Teicher Zucker & Freedman, P.C. | Paid by TCA pursuant to 12/8/15 Order | 1129-000 | 25,000.00 | | 62,131.02 |
| 01/21/16 | 108 | Erman Teicher Zucker & Freedman Client Trust Account | P/O 12/8/15 | 3210-000 | | 12,500.00 | 49,631.02 |
| 01/21/16 | 109 | Erman Teicher Zucker & Freedman Client Trust Account | P/O 12/8/15 | 3210-000 | | 7,082.50 | 42,548.52 |
| 01/22/16 | 110 | Franklin Advisors | P/o 12/8/15 | 2990-000 | | 7,082.50 | 35,466.02 |
| 01/25/16 | {2} | Roy Revivo | Purchase of art p/o 12/8/15 | 1129-000 | 8,000.00 | | 43,466.02 |
| 01/25/16 | 111 | Franklin Advisors | Shipment of Art 50K sale to David's Art p/o 12/815 | 2990-000 | | 2,804.66 | 40,661.36 |
| 01/25/16 | 112 | Franklin Advisors | Expenses p/o 12/815 | 2990-000 | | 1,594.39 | 39,066.97 |
| 01/25/16 | 113 | Franklin Advisors | Inventory p/o 12/8/15 | 2990-000 | | 1,897.50 | 37,169.47 |
| 01/25/16 | 114 | V/V / JCR Supply | Warehouse supplies p/o 12/815 | 2990-000 | | 622.60 | 36,546.87 |
| | | | **Page Subtotals:** | | **$103,673.19** | **$67,126.32** | |

15-48911-mar    Doc 161    Filed 04/26/19    Entered 04/26/19 22:47:06    Page 3 of 11

*{ } Asset Reference(s)*                                                                                                  *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

| Case No.: | 15-48911 MBM | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/16 | 115 | Richard Taylor | Warehouse work expenses p/o 12/815 | 2990-000 | | 3,000.00 | 33,546.87 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.01 | 33,500.86 |
| 02/09/16 | 116 | TCA Global Credit Master Fund, LP | P/o 12/8/15 Stopped on 03/20/2016 | 4210-005 | | 22,732.83 | 10,768.03 |
| 02/11/16 | 117 | Richard Taylor | Warehouse work expenses p/o 12/815 | 2990-000 | | 2,000.00 | 8,768.03 |
| 02/11/16 | 118 | Franklin Advisors | Inventory p/o 12/8/15 | 2990-000 | | 622.50 | 8,145.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.16 | 8,100.37 |
| 03/20/16 | 116 | TCA Global Credit Master Fund, LP | P/o 12/8/15 Stopped on 03/20/2016 | 4210-005 | | -22,732.83 | 30,833.20 |
| 03/21/16 | 119 | Akerman LLP | P/o 12/8/15 (Replaces Check No. 116) | 4210-000 | | 22,732.83 | 8,100.37 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.65 | 8,051.72 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.68 | 8,034.04 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.13 | 8,022.91 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.66 | 8,010.25 |
| 07/25/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 35,000.00 | | 43,010.25 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.12 | 42,994.13 |
| 08/02/16 | {2} | Eran Notes | Sale of art p/o 12/8/15 | 1129-000 | 1,725.00 | | 44,719.13 |
| 08/02/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 2,000.00 | | 46,719.13 |
| 08/02/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 15,000.00 | | 61,719.13 |
| 08/09/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 71,719.13 |
| 08/11/16 | 120 | Franklin Advisors | Expenses p/o 12/815 | 2990-000 | | 35,000.00 | 36,719.13 |
| 08/15/16 | {2} | Quality Art Auctions, Inc. | Sale of art p/o 12/8/15 | 1129-000 | 30,000.00 | | 66,719.13 |
| 08/16/16 | {2} | Richard Joseph Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,500.00 | | 68,219.13 |
| 08/22/16 | {2} | Erman, Teicher, Zucker & Freedman, P.C. | Sale of art p/o 12/8/15 | 1129-000 | 101,250.00 | | 169,469.13 |
| 08/24/16 | 121 | ARC Supply Chain Solutions | Hauling charges p/o 12/8/15 [Invoice Nos. 407129; 415313; 415334; 418136; 418137; 418138; 419411; 419597; 420022; 420026; 434154] Voided on 08/30/2016 | 2990-004 | | 16,541.80 | 152,927.33 |
| 08/24/16 | 122 | Akerman LLP | P/o 12/8/15 Voided on 08/30/2016 | 4210-004 | | 7,500.00 | 145,427.33 |

Page Subtotals: $196,475.00 $87,594.54

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 15-48911 MBM | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/16 | 121 | ARC Supply Chain Solutions | Hauling charges p/o 12/8/15 [Invoice Nos. 407129; 415313; 415334; 418136; 418137; 418138; 419411; 419597; 420022; 420026; 434154] Voided on 08/30/2016 | 2990-004 | | -16,541.80 | 161,969.13 |
| 08/30/16 | 122 | Akerman LLP | P/o 12/8/15 Voided on 08/30/2016 | 4210-004 | | -7,500.00 | 169,469.13 |
| 08/30/16 | 123 | Franklin Advisors, LLC | Shipping charges/expenses p/o 12/8/15 | 2990-000 | | 16,541.80 | 152,927.33 |
| 08/30/16 | 124 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 34,745.86 | 118,181.47 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.76 | 118,040.71 |
| 09/06/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 6,000.00 | | 124,040.71 |
| 09/06/16 | {2} | Quality Art Auctions, Inc. | Sale of art p/o 12/8/15 | 1129-000 | 18,000.00 | | 142,040.71 |
| 09/12/16 | {2} | Quality Art Auctions, Inc. | Sale of art p/o 12/8/15 | 1129-000 | 45,750.00 | | 187,790.71 |
| 09/12/16 | 125 | Erman Teicher Zucker & Freedman, PC | Fees p/o 12/8/15 | 3210-000 | | 38,911.00 | 148,879.71 |
| 09/12/16 | 126 | Erman Teicher Zucker & Freedman, PC | Expenses p/o 12/8/15 | 3220-000 | | 3,000.00 | 145,879.71 |
| 09/19/16 | 127 | Franklin Advisors, LLC | P/o 12/8/15 | 3731-000 | | 38,911.00 | 106,968.71 |
| 09/20/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,500.00 | | 108,468.71 |
| 09/20/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 6,000.00 | | 114,468.71 |
| 09/26/16 | 128 | Akerman LLP | P/o 12/8/15 | 4210-000 | | 33,473.81 | 80,994.90 |
| 09/29/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 85,994.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.89 | 85,791.01 |
| 10/04/16 | 129 | Franklin Advisors | Expenses p/o 12/8/15 | 2990-000 | | 26,314.60 | 59,476.41 |
| 10/06/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 64,476.41 |
| 10/11/16 | 130 | Kenneth A. Nathan, Trustee | Interim Trustee fees p/o 10/11/16 | 2100-000 | | 18,494.90 | 45,981.51 |
| 10/20/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,000.00 | | 46,981.51 |
| 10/20/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 56,981.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.45 | 56,889.06 |
| 11/02/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 25,000.00 | | 81,889.06 |
| 11/02/16 | 131 | Franklin Advisors | Expenses p/o 12/8/15 | 2990-000 | | 10,435.09 | 71,453.97 |
| 11/14/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 30,000.00 | | 101,453.97 |
| 11/28/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,050.00 | | 102,503.97 |

Page Subtotals: $154,300.00 $197,223.36

15-48911-mar Doc 161 Filed 04/26/19 Entered 04/26/19 22:47:06 Page 5 of 11

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 15-48911 MBM | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/28/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 107,503.97 |
| 11/28/16 | 132 | Richard Taylor | P/o 12/8/15 | 2990-000 | | 444.00 | 107,059.97 |
| 11/28/16 | 133 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 8,458.91 | 98,601.06 |
| 11/30/16 | 134 | INSURANCE PARTNERS AGENCY, INC. | Bond 11/01/16 - 10/31/17 | 2300-000 | | 31.91 | 98,569.15 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.15 | 98,441.00 |
| 12/08/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 103,441.00 |
| 12/27/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 113,441.00 |
| 12/27/16 | 135 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 13,332.84 | 100,108.16 |
| 12/27/16 | 136 | David Steiner & Associates | Sale of art commission p/o 12/8/15 | 2990-000 | | 1,899.25 | 98,208.91 |
| 12/27/16 | 137 | Michael Godard Fine Art Associates | Sale of art commission p/o 12/8/15 | 2990-000 | | 311.20 | 97,897.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.57 | 97,751.14 |
| 01/16/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 107,751.14 |
| 01/31/17 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 3,000.00 | | 110,751.14 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.50 | 110,593.64 |
| 02/14/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 115,593.64 |
| 02/14/17 | 138 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 9,142.36 | 106,451.28 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.74 | 106,305.54 |
| 03/06/17 | {5} | Canford Fine Arts | Refund of shipping and packing of returned art work | 1290-000 | 60.00 | | 106,365.54 |
| 03/07/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 116,365.54 |
| 03/10/17 | {2} | Erman, Teicher, Zucker & Freedman, P.C. | Sale of art p/o 12/8/15 | 1129-000 | 2,000.00 | | 118,365.54 |
| 03/13/17 | 139 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 8,852.74 | 109,512.80 |
| 03/14/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 114,512.80 |
| 03/28/17 | 140 | Erman Teicher Zucker & Freedman, PC | Fees p/o 12/8/15 | 3210-000 | | 19,775.76 | 94,737.04 |
| 03/28/17 | 141 | Franklin Advisors, LLC | P/o 12/8/15 | 3731-000 | | 19,775.76 | 74,961.28 |
| 03/30/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 6,000.00 | | 80,961.28 |
| 03/31/17 | 142 | Lucosky Brookman LLP Attorney Trust Account | P/o 12/8/15 | 4210-000 | | 32,000.00 | 48,961.28 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.82 | 48,794.46 |

Page Subtotals: **$61,060.00** **$114,769.51**

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 15-48911 MBM | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/11/17 | 143 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 9,448.28 | 39,346.18 |
| 04/19/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 44,346.18 |
| 04/25/17 | 144 | Kenneth A. Nathan, Trustee | Interim Trustee Fees p/o 4/24/17 | 2100-000 | | 6,980.50 | 37,365.68 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.52 | 37,282.16 |
| 05/03/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 42,282.16 |
| 05/15/17 | 145 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 7,482.16 | 34,800.00 |
| 05/18/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 39,800.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.03 | 39,735.97 |
| 06/08/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 49,735.97 |
| 06/08/17 | 146 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 8,137.92 | 41,598.05 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.97 | 41,537.08 |
| 07/10/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 51,537.08 |
| 07/17/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 56,537.08 |
| 07/25/17 | 147 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 9,341.84 | 47,195.24 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.01 | 47,126.23 |
| 08/03/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 52,126.23 |
| 08/23/17 | 148 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 8,305.27 | 43,820.96 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.83 | 43,738.13 |
| 09/05/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 53,738.13 |
| 09/20/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 63,738.13 |
| 09/20/17 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,888.00 | | 65,626.13 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.39 | 65,547.74 |
| 10/09/17 | {2} | Wyland Worldwide, LLC | Sale of art p/o 12/8/15 | 1129-000 | 4,449.07 | | 69,996.81 |
| 10/16/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 79,996.81 |
| 10/16/17 | 149 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 8,124.49 | 71,872.32 |
| 10/27/17 | 150 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 9,949.70 | 61,922.62 |
| 10/31/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 66,922.62 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.30 | 66,816.32 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 95.86 | 66,720.46 |

Page Subtotals: $86,337.07  $68,411.07

{ } Asset Reference(s)                                                                                                                ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 15-48911 MBM | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/17 | 151 | Insurance Partners Agency, Inc. | Bond 11/1/17 thru 10/31/18 | 2300-000 | | 25.84 | 66,694.62 |
| 12/13/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 Sale of art p/o 12/8/15 | 1129-000 | 15,000.00 | | 81,694.62 |
| 12/13/17 | 152 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 8,177.98 | 73,516.64 |
| 12/15/17 | 153 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 10,504.93 | 63,011.71 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 95.43 | 62,916.28 |
| 01/02/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 72,916.28 |
| 01/16/18 | 154 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 10,692.26 | 62,224.02 |
| 01/29/18 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 15,000.00 | | 77,224.02 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 113.68 | 77,110.34 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.66 | 77,000.68 |
| 03/22/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 25,000.00 | | 102,000.68 |
| 03/22/18 | 155 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 6,284.81 | 95,715.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.24 | 95,600.63 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 132.92 | 95,467.71 |
| 05/07/18 | 156 | Franklin Advirors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 9,648.44 | 85,819.27 |
| 05/08/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 95,819.27 |
| 05/14/18 | 157 | Erman Teicher Zucker & Freedman, PC | Fees p/o 12/8/15 | 3210-000 | | 23,703.29 | 72,115.98 |
| 05/14/18 | 158 | Franklin Advisors, LLC | P/o 12/8/15 | 3731-000 | | 23,703.29 | 48,412.69 |
| 05/14/18 | 159 | Kenneth A. Nathan, Trustee | Interim Trustee Fees p/o 4/24/17 | 2100-000 | | 8,366.85 | 40,045.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 111.99 | 39,933.85 |
| 06/08/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 49,933.85 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.15 | 49,869.70 |
| 07/02/18 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 54,869.70 |
| 07/09/18 | 160 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 7,121.96 | 47,747.74 |
| 07/09/18 | 161 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 2990-000 | | 10,383.76 | 37,363.98 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.11 | 37,298.87 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.43 | 37,243.44 |

Page Subtotals: $90,000.00 $119,477.02

{ } Asset Reference(s)                                                                                                 ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-7

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-48911 MBM | | **Trustee Name:** | | Kenneth A. Nathan (420030) | |
| **Case Name:** | WORLD ART AUCTIONS, LLC | | **Bank Name:** | | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***6415 | | **Account #:** | | ******5066 Checking Account | |
| **For Period Ending:** | 03/31/2019 | | **Blanket Bond (per case limit):** | | $2,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.56 | 37,214.88 |
| 10/03/18 | 162 | Franklin Advisors | June expenses p/o 12/8/15 | 2990-000 | | 9,866.51 | 27,348.37 |
| 10/03/18 | 163 | Franklin Advisors | July expenses p/o 12/8/15 | 2990-000 | | 3,324.63 | 24,023.74 |
| 10/03/18 | 164 | Franklin Advisors | August expenses p/o 12/8/15 | 2990-000 | | 2,720.34 | 21,303.40 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.87 | 21,281.53 |
| 11/05/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 31,281.53 |
| 11/26/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 8,000.00 | | 39,281.53 |
| 11/26/18 | 165 | Franklin Advisos | September expenses p/o 12/8/15 | 2990-000 | | 6,150.00 | 33,131.53 |
| 11/26/18 | 166 | Franklin Advisors | October expenses p/o 12/8/15 | 2990-000 | | 4,589.80 | 28,541.73 |
| 12/07/18 | 167 | Insurance Partners Agency, Inc. | Blanket Bond Renewal 11.1.18 - 10.31.19 | 2300-000 | | 26.29 | 28,515.44 |
| 12/20/18 | 168 | Cantor Insurance Group | Insurance 12/18/18 - 12/18/19 Policy *************3333 Invoice 035664 | 2420-000 | | 2,390.00 | 26,125.44 |
| 01/15/19 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 31,125.44 |
| 02/12/19 | 169 | KENNETH A. NATHAN, TRUSTEE | Interim Trustee fees p/o 4/24/17 | 2100-000 | | 1,900.00 | 29,225.44 |
| 03/18/19 | {2} | Franklin Advisors LLC | Sale of art p/o 12/8/15 | 1129-000 | 12,000.00 | | 41,225.44 |
| 03/27/19 | 170 | Franklin Advisors | November ($7,125.06) and December ($7,613.71) expenses p/o 12/8/15 | 2990-000 | | 14,738.77 | 26,486.67 |
| 03/27/19 | 171 | Franklin Advisors | January ($4,333.38) and February ($4,538.06) expenses p/o 12/8/15 | 2990-000 | | 8,871.44 | 17,615.23 |

| Account | ******5066 Checking Account | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 60 | Deposits | 726,845.26 | 74 | Checks | 706,183.87 |
| 0 | Interest Postings | 0.00 | 39 | Adjustments Out | 3,046.16 |
| | Subtotal | 726,845.26 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 709,230.03 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 726,845.26 | | | |

**Page Subtotals:** **$35,000.00** **$54,628.21**

*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 15-48911 MBM | **Trustee Name:** | Kenneth A. Nathan (420030) | |
| **Case Name:** | WORLD ART AUCTIONS, LLC | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***6415 | **Account #:** | ******1204 Checking Account | |
| **For Period Ending:** | 03/31/2019 | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

| Account | ******1204 Checking Account | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 0.00 | | | |

**Page Subtotals:** $0.00 $0.00

*{ } Asset Reference(s)*     *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-9

**Case No.:** 15-48911 MBM  
**Case Name:** WORLD ART AUCTIONS, LLC  
**Taxpayer ID #:** **-***6415  
**For Period Ending:** 03/31/2019  

**Trustee Name:** Kenneth A. Nathan (420030)  
**Bank Name:** Metropolitan Commercial Bank  
**Account #:** ******1204 Checking Account  
**Blanket Bond (per case limit):** $2,000,000.00  
**Separate Bond (if applicable):** N/A  

|   |   |
|---|---|
| Net Receipts: | $726,845.26 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $726,845.26 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5066 Checking Account | $726,845.26 | $709,230.03 | $17,615.23 |
| ******1204 Checking Account | $0.00 | $0.00 | $0.00 |
|  | **$726,845.26** | **$709,230.03** | **$17,615.23** |

04/26/2019  
Date

/s/Kenneth A. Nathan  
Kenneth A. Nathan

15-48911-mar   Doc 161   Filed 04/26/19   Entered 04/26/19 22:47:06   Page 11 of 11