**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**Southern DIVISION**

In re: WORLD ART AUCTIONS, LLC §  Case No. 15-48911  MAR
§
§
§
   Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
### ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Kenneth A. Nathan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>*(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distributions to Claimants:  $156,434.24 | Claims Discharged<br>Without Payment:  N/A |
| Total Expenses of Administration:  $675,000.02 | |

  3) Total gross receipts of $831,434.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $831,434.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,500,210.34 | $3,508,294.00 | $910,000.00 | $156,434.24 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $675,000.02 | $675,000.02 | $675,000.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,008,542.64 | $4,317,764.41 | $4,317,764.41 | $0.00 |
| **TOTAL DISBURSEMENTS** | $5,508,752.98 | $8,501,058.43 | $5,902,764.43 | $831,434.26 |

4) This case was originally filed under chapter 7 on 06/09/2015.  The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    11/10/2020                    By: /s/ Kenneth A.  Nathan
                                                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH | 1129-000 | $20,200.00 |
| Misc. Refunds | 1290-000 | $533.19 |
| Art Inventory in various locations (see att. list) | 1129-000 | $785,701.07 |
| Advance | 1229-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$831,434.26** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Avrohom Baum | 4210-000 | $284,460.34 | $646,982.00 | $0.00 | $0.00 |
| 6 | Judith A. Behrens | 4210-000 | NA | $98,347.57 | $0.00 | $0.00 |
| 7 | Judith A. Behrens | 4210-000 | NA | $318,800.00 | $0.00 | $0.00 |
| 8S | Wyland Worldwide, LLC | 4210-000 | NA | $792,647.00 | $0.00 | $0.00 |
| 10 | Artist Group International, LLC c/o Nancy R. Ayala Greenberg Traurig | 4210-000 | NA | $533,307.43 | $0.00 | $0.00 |
| 11 | TCA Global Credit Master Fund, LP | 4210-000 | $750,000.00 | $910,000.00 | $910,000.00 | $156,434.24 |
| 13S | Classic Publications Inc. | 4210-000 | NA | $208,210.00 | $0.00 | $0.00 |
| N/F | Alluera LLC | 4210-000 | $465,750.00 | NA | NA | NA |
| N/F | Artists w/UCC's | 4210-000 | NA | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,500,210.34** | **$3,508,294.00** | **$910,000.00** | **$156,434.24** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kenneth Nathan | 2100-000 | NA | $41,571.71 | $41,571.71 | $41,571.71 |
| Trustee, Expenses - Kenneth A. Nathan | 2200-000 | NA | $32.64 | $32.64 | $32.64 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Bond Payments - INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | $31.91 | $31.91 | $31.91 |
| Bond Payments - Insurance Partners | 2300-000 | NA | $4.87 | $4.87 | $4.87 |
| Bond Payments - Insurance Partners Agency, Inc. | 2300-000 | NA | $52.13 | $52.13 | $52.13 |
| Administrative Rent - JST Enterprise, L.L.C. | 2410-000 | NA | $5,136.00 | $5,136.00 | $5,136.00 |
| Administrative Rent - Nouvea Fine Arts, LLC | 2410-000 | NA | $5,300.00 | $5,300.00 | $5,300.00 |
| Costs to Secure/Maintain Property - Cantor Insurance Group | 2420-000 | NA | $2,390.00 | $2,390.00 | $2,390.00 |
| Costs to Secure/Maintain Property - Interstate Lock & Safe L.L.C. | 2420-000 | NA | $191.64 | $191.64 | $191.64 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $483.78 | $483.78 | $483.78 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,046.16 | $3,046.16 | $3,046.16 |
| Other Chapter 7 Administrative Expenses - David Steiner & Associates | 2990-000 | NA | $1,899.25 | $1,899.25 | $1,899.25 |
| Other Chapter 7 Administrative Expenses - Michael Godard Fine Art Associates | 2990-000 | NA | $311.20 | $311.20 | $311.20 |
| Other Chapter 7 Administrative Expenses - Richard Taylor | 2990-000 | NA | $5,444.00 | $5,444.00 | $5,444.00 |
| Other Chapter 7 Administrative Expenses - V/V / JCR Supply | 2990-000 | NA | $622.60 | $622.60 | $622.60 |
| Attorney for Trustee Fees (Other Firm) - Erman Teicher Zucker & Freedman, P.C. | 3210-000 | NA | $101,972.55 | $101,972.55 | $101,972.55 |
| Attorney for Trustee Expenses (Other Firm) - Erman Teicher Zucker & Freedman, P.C. | 3220-000 | NA | $10,500.00 | $10,500.00 | $10,500.00 |
| Other Professional Fees - Franklin Advisors LLC | 3991-000 | NA | $109,355.25 | $109,355.25 | $109,355.25 |
| Other Professional Expenses - Franklin Advisors LLC | 3992-000 | NA | $385,954.33 | $385,954.33 | $385,954.33 |

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | **NA** | **$675,000.02** | **$675,000.02** | **$675,000.02** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Istuan and Katalin Bernath | 7100-000 | NA | $145,000.00 | $145,000.00 | $0.00 |
| 2 | McIntoshschwartz P.L. Robert D. McIntosh, Esq. | 7100-000 | NA | $250.00 | $250.00 | $0.00 |
| 3 | Mr. Christopher Drugan | 7100-000 | $100,000.00 | $130,900.00 | $130,900.00 | $0.00 |
| 4 | Philip Fred and Karen Sue Ozan | 7100-000 | NA | $63,500.00 | $63,500.00 | $0.00 |
| 8U | Wyland Worldwide, LLC | 7100-000 | NA | $22,807.50 | $22,807.50 | $0.00 |
| 9 | Grimm Collections | 7100-000 | NA | $17,048.87 | $17,048.87 | $0.00 |
| 12 | Peeke Industries, Inc. | 7100-000 | NA | $184,603.58 | $184,603.58 | $0.00 |
| 13U | Classic Publications Inc. | 7100-000 | $151,425.50 | $250,000.00 | $250,000.00 | $0.00 |
| 14 | DandD Investing, Inc. | 7100-000 | $500,000.00 | $1,195,068.49 | $1,195,068.49 | $0.00 |
| 15 | DandD Investing, Inc. | 7100-000 | $500,000.00 | $859,547.92 | $859,547.92 | $0.00 |
| 16 | A.R. Manufacturing and Trading, L.L.C. | 7100-000 | $114,180.79 | $114,180.79 | $114,180.79 | $0.00 |
| 17 | English Auctioneers Group, Inc. | 7100-000 | $70,217.00 | $70,127.00 | $70,127.00 | $0.00 |
| 18 | The Salvador Dali Society | 7100-000 | $18,000.00 | $165,000.00 | $165,000.00 | $0.00 |
| 19 | Mitchell C. Shaheen | 7200-000 | $311,000.00 | $0.00 | $0.00 | $0.00 |
| 20 | Shapiro, Blasi, Wasserman & Hermann, P.A. | 7200-000 | NA | $4,620.00 | $4,620.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | TCA Global Credit Master Fund, LP, c/o Michael Goldberg Esq. | 7200-000 | NA | $995,110.26 | $995,110.26 | $0.00 |
| 22 | Chubb & Son, a division of Federal Insurance Co Great Northern Insurance Company c/o Chu | 7200-000 | NA | $100,000.00 | $100,000.00 | $0.00 |
| N/F | 3-Diminsion Graphics | 7100-000 | $3,598.00 | NA | NA | NA |
| N/F | Adam Schuster | 7100-000 | $142,179.70 | NA | NA | NA |
| N/F | Adam Schuster | 7100-000 | $3,343.32 | NA | NA | NA |
| N/F | Adam Scott Rote Fine Art | 7100-000 | $3,230.00 | NA | NA | NA |
| N/F | Argos Publishing | 7100-000 | $2,450.00 | NA | NA | NA |
| N/F | Art Connection | 7100-000 | $29,681.61 | NA | NA | NA |
| N/F | Art Rev.com Inc. | 7100-000 | $3,300.00 | NA | NA | NA |
| N/F | Artist Group Int'l | 7100-000 | $125,384.91 | NA | NA | NA |
| N/F | Artist Group Int'l | 7100-000 | $125,384.91 | NA | NA | NA |
| N/F | Autographi of the World | 7100-000 | $42,728.30 | NA | NA | NA |
| N/F | BC Photography | 7100-000 | $487.50 | NA | NA | NA |
| N/F | Barbara Stein | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Baterby's Art Auction | 7100-000 | $129,198.87 | NA | NA | NA |
| N/F | Bob Feldman | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Boom Shell Inc. | 7100-000 | $385.00 | NA | NA | NA |
| N/F | Britto-Magical Thinking | 7100-000 | $4,600.00 | NA | NA | NA |
| N/F | Bronze Masters Intl | 7100-000 | $15,640.00 | NA | NA | NA |
| N/F | Bulldog Marine | 7100-000 | $2,360.09 | NA | NA | NA |

| N/F | CJR Fine Arts | 7100-000 | $3,987.50 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Canford Fine Art | 7100-000 | $35,600.94 | NA | NA | NA |
| N/F | Capital Air Conditioning | 7100-000 | $125.00 | NA | NA | NA |
| N/F | Cheval Fine Arts | 7100-000 | $3,295.00 | NA | NA | NA |
| N/F | Christa Parravani | 7100-000 | $263.00 | NA | NA | NA |
| N/F | Classic Moments | 7100-000 | $3,575.00 | NA | NA | NA |
| N/F | Collectors Edition | 7100-000 | $4,625.00 | NA | NA | NA |
| N/F | Comet Courier Corp. | 7100-000 | $381.35 | NA | NA | NA |
| N/F | DM Art LLC | 7100-000 | $6,140.00 | NA | NA | NA |
| N/F | Dale Terbush | 7100-000 | $2,900.00 | NA | NA | NA |
| N/F | David Steiner & Associates | 7100-000 | $23,000.00 | NA | NA | NA |
| N/F | Disconting Printing | 7100-000 | $1,850.76 | NA | NA | NA |
| N/F | Dixey Nunes | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Dorit Levi | 7100-000 | $75,157.00 | NA | NA | NA |
| N/F | Dragosh Vujic | 7100-000 | $9,274.50 | NA | NA | NA |
| N/F | Duiav Designs LLC | 7100-000 | $1,160.00 | NA | NA | NA |
| N/F | Eileen Seitz F.A. | 7100-000 | $1,835.28 | NA | NA | NA |
| N/F | Empacol Inc. | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Eric Spoutz | 7100-000 | $4,970.00 | NA | NA | NA |
| N/F | Erin Taylor Editions | 7100-000 | $32,017.55 | NA | NA | NA |
| N/F | Eydel Fine Arts | 7100-000 | $1,365.00 | NA | NA | NA |
| N/F | FedEx | 7100-000 | $70,310.57 | NA | NA | NA |

| N/F | FedEx | 7100-000 | $7,350.58 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | First Data Merchant | 7100-000 | NA | NA | NA | NA |
| N/F | Foundation Art Svcs. | 7100-000 | $515.80 | NA | NA | NA |
| N/F | Gill Fine Art | 7100-000 | NA | NA | NA | NA |
| N/F | Green Apple Group | 7100-000 | $2,470.00 | NA | NA | NA |
| N/F | Howard Behrens Studio | 7100-000 | $98,347.57 | NA | NA | NA |
| N/F | ITC Intl Training Center | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Infinite Vision Art | 7100-000 | $12,875.00 | NA | NA | NA |
| N/F | Inxpress | 7100-000 | $75,405.98 | NA | NA | NA |
| N/F | Ivonne Ferrer | 7100-000 | $620.00 | NA | NA | NA |
| N/F | James Coleman Studios | 7100-000 | $60,294.90 | NA | NA | NA |
| N/F | Kevin Boag | 7100-000 | NA | NA | NA | NA |
| N/F | Klari Reis | 7100-000 | $6,105.00 | NA | NA | NA |
| N/F | Lan Antt Art | 7100-000 | $4,272.00 | NA | NA | NA |
| N/F | Mac Papers | 7100-000 | $1,520.67 | NA | NA | NA |
| N/F | Mainfreight Int'l | 7100-000 | $1,795.68 | NA | NA | NA |
| N/F | Marco Fine Arts | 7100-000 | $13,726.80 | NA | NA | NA |
| N/F | Mark Bronson | 7100-000 | $15,532.51 | NA | NA | NA |
| N/F | Mary Schuster | 7100-000 | $63,176.04 | NA | NA | NA |
| N/F | Michael Goddard Fine Arts | 7100-000 | $81,738.08 | NA | NA | NA |
| N/F | New Castle Fine Art | 7100-000 | $1,360.00 | NA | NA | NA |
| N/F | Noel Studio | 7100-000 | $3,188.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Oceania Cruises | 7100-000 | NA | NA | NA | NA |
| N/F | Origin Publishing | 7100-000 | $139,035.16 | NA | NA | NA |
| N/F | Pamela Dale | 7100-000 | $465.00 | NA | NA | NA |
| N/F | Park Colony Apts. | 7100-000 | $1,744.34 | NA | NA | NA |
| N/F | Pembroke Commerce Ctr. | 7100-000 | $164,132.92 | NA | NA | NA |
| N/F | RoGallery | 7100-000 | NA | NA | NA | NA |
| N/F | Robert Bane Fine Art | 7100-000 | $34,218.75 | NA | NA | NA |
| N/F | Russel Day | 7100-000 | $15,500.34 | NA | NA | NA |
| N/F | Russel Day | 7100-000 | $20,162.00 | NA | NA | NA |
| N/F | Service by Air Pty Ltd. | 7100-000 | $19,327.73 | NA | NA | NA |
| N/F | Shardan Int'l Fine Art | 7100-000 | $9,053.24 | NA | NA | NA |
| N/F | Sid Hoeltzell Photography | 7100-000 | $712.50 | NA | NA | NA |
| N/F | Smart Publishing | 7100-000 | $24,167.76 | NA | NA | NA |
| N/F | Soho Editions, Inc. | 7100-000 | $57,172.50 | NA | NA | NA |
| N/F | Studio 19 Fine Art | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Tech Group | 7100-000 | $4,564.00 | NA | NA | NA |
| N/F | The Icons Group | 7100-000 | $29,650.58 | NA | NA | NA |
| N/F | The Melba Studios | 7100-000 | $50,895.70 | NA | NA | NA |
| N/F | Thomas Kinkade | 7100-000 | $67,152.46 | NA | NA | NA |
| N/F | Thyon Design | 7100-000 | $1,371.00 | NA | NA | NA |
| N/F | Titus Fine Art/Hanover | 7100-000 | $36,510.00 | NA | NA | NA |
| N/F | Total Travel | 7100-000 | $2,113.40 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Travellers Indemnity | 7100-000 | $6,530.00 | NA | NA | NA |
| N/F | United Healthcare | 7100-000 | $9,320.11 | NA | NA | NA |
| N/F | Universal Logistics | 7100-000 | $136,639.59 | NA | NA | NA |
| N/F | Visage Fine Art | 7100-000 | $11,500.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,008,542.64** | **$4,317,764.41** | **$4,317,764.41** | **$0.00** |

Exhibit 8

Page: 1

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 15-48911 MAR

**Case Name:** WORLD ART AUCTIONS, LLC

**For Period Ending:** 11/10/2020

**Trustee Name:** (420030) Kenneth A. Nathan

**Date Filed (f) or Converted (c):** 06/09/2015 (f)

**§ 341(a) Meeting Date:** 08/12/2015

**Claims Bar Date:** 01/13/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH<br><br>Eric Bukema Trust Account<br>901 Wilshire Dr. Ste 550<br>Troy, MI 48084 | 22,000.00 | 22,000.00 | | 20,200.00 | FA |
| 2 | Art Inventory in various locations (see att. list)<br><br>-Art Inventory World Art Auctions, LLC 4581 Lapeer Rd., Suite B, Lake Orion, MI 48359 $3,000,000.00 at retail<br>-Art Inventory Royal Carribean Cruise Lines 1050 Caribean Way, Miami, FL 33132 Unknown approx. $400,000.00<br>-Art Inventory Oceania Cruises - Regent Seven Seas 8300 NW 33rd Street, Ste 101 Miami, FL 33122 Unknown approximately $150,000.00<br>-Art Inventory Origin Publishing Int'l Pty Ltd Post Box 16 Bellbourie, Queensland, Australia Unknown<br>-Art Inventory Icons Publishing Int'l Pty Ltd Australia Unknown<br>-Art Inventory Todd Smyth c/o Gregory Starr 101 NE Third Avenue Fort Lauderdale, FL 33301 Approximately $100,000.00<br>-Art Inventory Artist Group Int'l 9958 Mystic Moss St.. Las Vegas, NV 89163 Unknown<br>-Art Inventory Kevin Bogg c/o Origin Publishing Int'l Pty Post Box 16 Bellbowrie, Queensland, Australia $60,000.00 reported as stolen art<br>-Art inventory Tom Armstrong addres unknown Unknown approximately $35,000.00<br>-Art Inventory Avraham Baum 25208 Pierce Southfield, MI 48075 Unknown<br><br>Insurance claim for art held in warehouse filed Claim paid $100,000.00 | 3,745,000.00 | 600,000.00 | | 785,701.07 | FA |
| 3 | [Interests in partnerships or joint ventures]<br><br>Fine Art Auctions, LLC<br>4581 S. Lapeer Rd., Suite B<br>Lake Orion, MI 48359 | Unknown | 5,000.00 | | 0.00 | FA |
| 4 | Inventory #5 Schedule B and attachments | Unknown | 0.00 | | 0.00 | FA |
| 5 | Misc. Refunds (u) | 0.00 | 473.19 | | 533.19 | FA |
| 6 | Advance (u)<br><br>Advance pursuant to Order 12/8/20<br>See Docket 52, Page 5, Paragraph (e)<br><br>Originally applied to Asset No. 2, in error | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$3,767,000.00** | **$652,473.19** | | **$831,434.26** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 15-48911 MAR

**Case Name:** WORLD ART AUCTIONS, LLC

**For Period Ending:** 11/10/2020

**Trustee Name:** (420030) Kenneth A. Nathan

**Date Filed (f) or Converted (c):** 06/09/2015 (f)

**§ 341(a) Meeting Date:** 08/12/2015

**Claims Bar Date:** 01/13/2016

**Major Activities Affecting Case Closing:**

11/10/20 Submit TDR to UST
9/8/20 Filed COD and issued dividends
7/28/20 Submit TFR to UST
3/31/20 Closing notices filed; all assets administered; in the process of preparing TFR
12/31/20 Insurance claim re: damaged art resolved
3/31/19 Continued liquidation of art inventory in accordance with agreement with TCA
12/31/18 Continued liquidation of art
6/30/18 Ongoing liquidation of art
3/31/18 Ongoing liquidation of inventory per agreement with secured creditor TCA; resolution of litigation against Schuster, et al.
12/31/17 Continued sale of art for secured creditor
9/30/17 Ongoing liquidation of inventory per agreement with secured creditor TCA
6/30/17 Continued liquidation of inventory
3/31/17 Liquidating inventory per agreement with secured creditor TCA
12/31/16 Monitoring sale of assets
9/30/16 Continued monitoring of sale of art
6/30/16 Monitoring sale of art
3/31/16 Continued collection of art and sale of same per court order
12/31/15 Selling art per court order
12/8/15 Order for Joint Administration entered with case No. 15-47983 (Acquisition Strategies, Inc.)
12/8/15 Order for Sale of Assets entered
11/23/15 Motion for Joint Administration and Motion for Sale of Assets filed
9/30/15 Collecting inventory and working out agreement with secured lender to liquidate
7/21/15 Hired counsel for the Trustee

**Initial Projected Date Of Final Report (TFR):** 12/31/2017

**Current Projected Date Of Final Report (TFR):** 08/04/2020 (Actual)

_____
11/10/2020

Date

_____
/s/Kenneth A. Nathan

Kenneth A. Nathan

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-48911  MAR | **Trustee Name:** | Kenneth A. Nathan (420030) | | | |
| **Case Name:** | WORLD ART AUCTIONS, LLC | **Bank Name:** | Mechanics Bank | | | |
| **Taxpayer ID #:** | **-***6415 | **Account #:** | ******5066 Checking Account | | | |
| **For Period Ending:** | 11/10/2020 | **Blanket Bond (per case limit):** | $2,000,000.00 | | | |
| | | **Separate Bond (if applicable):** | N/A | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/15 | {1} | Buikema, PLLC Trust Account | Turnover of proceeds held in trust re: sale of WAA Lichtenstein lithograph by Phillips Auctions | 1129-000 | 20,200.00 | | 20,200.00 |
| 08/10/15 | 101 | Interstate Lock & Safe L.L.C. | Locksmith services to secure potential assets | 2420-000 | | 191.64 | 20,008.36 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.07 | 19,984.29 |
| 09/03/15 | 102 | JST Enterprise, L.L.C. | June, July and August rent and trash removal | 2410-000 | | 3,852.00 | 16,132.29 |
| 09/21/15 | 103 | JST Enterprise, L.L.C. | September rent and trash removal | 2410-000 | | 1,284.00 | 14,848.29 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.15 | 14,821.14 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.31 | 14,799.83 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.57 | 14,779.26 |
| 12/01/15 | {5} | MLR Operations | 2014 Medical Loss Ratio Premium Rebate Check | 1290-000 | 473.19 | | 15,252.45 |
| 12/14/15 | 104 | Erman, Teicher, Zucker & Freedman, P.C. | Reimbursement for copy and service charges p/o 12/815 | 3220-000 | | 7,500.00 | 7,752.45 |
| 12/14/15 | 105 | Shaya Baum | Expenses p/o 12/8/15 | 3992-000 | | 6,755.22 | 997.23 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.82 | 978.41 |
| 01/05/16 | {2} | David's Art LLC | P/o 12/8/15 | 1129-000 | 50,000.00 | | 50,978.41 |
| 01/11/16 | 106 | Shaya Baum | Reimbursement for expenses p/o 12/8/15 | 3992-000 | | 8,547.39 | 42,431.02 |
| 01/11/16 | 107 | Nouvea Fine Arts, LLC | December and January Rent p/o 12/8/15 | 2410-000 | | 5,300.00 | 37,131.02 |
| 01/21/16 | {6} | Erman Teicher Zucker & Freedman, P.C. | Paid by TCA pursuant to 12/8/15 Order | 1229-000 | 25,000.00 | | 62,131.02 |
| 01/21/16 | 108 | Erman Teicher Zucker & Freedman Client Trust Account | P/O 12/8/15 [See Motion Approving Procedures for Orderly Liquidation Paragraph 16e, Page 5] | 3210-000 | | 12,500.00 | 49,631.02 |
| 01/21/16 | 109 | Erman Teicher Zucker & Freedman Client Trust Account | P/O 12/8/15 | 3210-000 | | 7,082.50 | 42,548.52 |
| 01/22/16 | 110 | Franklin Advisors | P/o 12/8/15 | 3991-000 | | 7,082.50 | 35,466.02 |
| 01/25/16 | {2} | Roy Revivo | Purchase of art p/o 12/8/15 | 1129-000 | 8,000.00 | | 43,466.02 |
| 01/25/16 | 111 | Franklin Advisors | Shipment of Art 50K sale to David's Art p/o 12/815 | 3992-000 | | 2,804.66 | 40,661.36 |
| 01/25/16 | 112 | Franklin Advisors | Expenses p/o 12/815 | 3992-000 | | 1,594.39 | 39,066.97 |
| 01/25/16 | 113 | Franklin Advisors | Inventory p/o 12/8/15 | 3992-000 | | 1,897.50 | 37,169.47 |
| 01/25/16 | 114 | V/V / JCR Supply | Warehouse supplies p/o 12/815 | 2990-000 | | 622.60 | 36,546.87 |
| 01/25/16 | 115 | Richard Taylor | Warehouse work expenses p/o 12/815 | 2990-000 | | 3,000.00 | 33,546.87 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.01 | 33,500.86 |
| 02/09/16 | 116 | TCA Global Credit Master Fund, LP | P/o 12/8/15 Stopped on 03/20/2016 | 4210-005 | | 22,732.83 | 10,768.03 |
| 02/11/16 | 117 | Richard Taylor | Warehouse work expenses p/o 12/815 | 2990-000 | | 2,000.00 | 8,768.03 |
| 02/11/16 | 118 | Franklin Advisors | Inventory p/o 12/8/15 | 3992-000 | | 622.50 | 8,145.53 |

| | | | Page Subtotals: | | $103,673.19 | $95,527.66 | |
|---|---|---|---|---|---|---|---|

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| Case No.: | 15-48911 MAR | |
| Case Name: | WORLD ART AUCTIONS, LLC | |
| Taxpayer ID #: | **-***6415 | |
| For Period Ending: | 11/10/2020 | |

| | |
|---|---|
| Trustee Name: | Kenneth A. Nathan (420030) |
| Bank Name: | Mechanics Bank |
| Account #: | ******5066 Checking Account |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.16 | 8,100.37 |
| 03/20/16 | 116 | TCA Global Credit Master Fund, LP | P/o 12/8/15 Stopped: check issued on 02/09/2016 | 4210-005 | | -22,732.83 | 30,833.20 |
| 03/21/16 | 119 | Akerman LLP | P/o 12/8/15 (Replaces Check No. 116) | 4210-000 | | 22,732.83 | 8,100.37 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.65 | 8,051.72 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.68 | 8,034.04 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.13 | 8,022.91 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.66 | 8,010.25 |
| 07/25/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 35,000.00 | | 43,010.25 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.12 | 42,994.13 |
| 08/02/16 | {2} | Eran Notes | Sale of art p/o 12/8/15 | 1129-000 | 1,725.00 | | 44,719.13 |
| 08/02/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 2,000.00 | | 46,719.13 |
| 08/02/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 15,000.00 | | 61,719.13 |
| 08/09/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 71,719.13 |
| 08/11/16 | 120 | Franklin Advisors | Expenses p/o 12/815 | 3992-000 | | 35,000.00 | 36,719.13 |
| 08/15/16 | {2} | Quality Art Auctions, Inc. | Sale of art p/o 12/8/15 | 1129-000 | 30,000.00 | | 66,719.13 |
| 08/16/16 | {2} | Richard Joseph Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,500.00 | | 68,219.13 |
| 08/22/16 | {2} | Erman, Teicher, Zucker & Freedman, P.C. | Sale of art p/o 12/8/15 | 1129-000 | 101,250.00 | | 169,469.13 |
| 08/24/16 | 121 | ARC Supply Chain Solutions | Hauling charges p/o 12/8/15 [Invoice Nos. 407129; 415313; 415334; 418136; 418137; 418138; 419411; 419597; 420022; 420026; 434154] Voided on 08/30/2016 | 2990-004 | | 16,541.80 | 152,927.33 |
| 08/24/16 | 122 | Akerman LLP | P/o 12/8/15 Voided on 08/30/2016 | 4210-004 | | 7,500.00 | 145,427.33 |
| 08/30/16 | 121 | ARC Supply Chain Solutions | Hauling charges p/o 12/8/15 [Invoice Nos. 407129; 415313; 415334; 418136; 418137; 418138; 419411; 419597; 420022; 420026; 434154] Voided: check issued on 08/24/2016 | 2990-004 | | -16,541.80 | 161,969.13 |
| 08/30/16 | 122 | Akerman LLP | P/o 12/8/15 Voided: check issued on 08/24/2016 | 4210-004 | | -7,500.00 | 169,469.13 |
| 08/30/16 | 123 | Franklin Advisors, LLC | Shipping charges/expenses p/o 12/8/15 | 3992-000 | | 16,541.80 | 152,927.33 |
| 08/30/16 | 124 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 34,745.86 | 118,181.47 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.76 | 118,040.71 |
| 09/06/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 6,000.00 | | 124,040.71 |
| 09/06/16 | {2} | Quality Art Auctions, Inc. | Sale of art p/o 12/8/15 | 1129-000 | 18,000.00 | | 142,040.71 |
| 09/12/16 | {2} | Quality Art Auctions, Inc. | Sale of art p/o 12/8/15 | 1129-000 | 45,750.00 | | 187,790.71 |

Page Subtotals: $266,225.00  $86,579.82

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 15-48911  MAR | | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6415 | | Account #: | ******5066 Checking Account |
| For Period Ending: | 11/10/2020 | | Blanket Bond (per case limit): | $2,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/12/16 | 125 | Erman Teicher Zucker & Freedman, PC | Fees p/o 12/8/15 | 3210-000 | | 38,911.00 | 148,879.71 |
| 09/12/16 | 126 | Erman Teicher Zucker & Freedman, PC | Expenses p/o 12/8/15 | 3220-000 | | 3,000.00 | 145,879.71 |
| 09/19/16 | 127 | Franklin Advisors, LLC | P/o 12/8/15 | 3991-000 | | 38,911.00 | 106,968.71 |
| 09/20/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,500.00 | | 108,468.71 |
| 09/20/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 6,000.00 | | 114,468.71 |
| 09/26/16 | 128 | Akerman LLP | P/o 12/8/15 | 4210-000 | | 33,473.81 | 80,994.90 |
| 09/29/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 85,994.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.89 | 85,791.01 |
| 10/04/16 | 129 | Franklin Advisors | Expenses p/o 12/8/15 | 3992-000 | | 26,314.60 | 59,476.41 |
| 10/06/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 64,476.41 |
| 10/11/16 | 130 | Kenneth A. Nathan, Trustee | Interim Trustee fees p/o 10/11/16 | 2100-000 | | 18,494.90 | 45,981.51 |
| 10/20/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,000.00 | | 46,981.51 |
| 10/20/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 56,981.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.45 | 56,889.06 |
| 11/02/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 25,000.00 | | 81,889.06 |
| 11/02/16 | 131 | Franklin Advisors | Expenses p/o 12/8/15 | 3992-000 | | 10,435.09 | 71,453.97 |
| 11/14/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 30,000.00 | | 101,453.97 |
| 11/28/16 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,050.00 | | 102,503.97 |
| 11/28/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 107,503.97 |
| 11/28/16 | 132 | Richard Taylor | P/o 12/8/15 | 2990-000 | | 444.00 | 107,059.97 |
| 11/28/16 | 133 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 8,458.91 | 98,601.06 |
| 11/30/16 | 134 | INSURANCE PARTNERS AGENCY, INC. | Bond 11/01/16 - 10/31/17 | 2300-000 | | 31.91 | 98,569.15 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.15 | 98,441.00 |
| 12/08/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 103,441.00 |
| 12/27/16 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 113,441.00 |
| 12/27/16 | 135 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 13,332.84 | 100,108.16 |
| 12/27/16 | 136 | David Steiner & Associates | Sale of art commission p/o 12/8/15 | 2990-000 | | 1,899.25 | 98,208.91 |
| 12/27/16 | 137 | Michael Godard Fine Art Associates | Sale of art commission p/o 12/8/15 | 2990-000 | | 311.20 | 97,897.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.57 | 97,751.14 |
| 01/16/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 107,751.14 |
| 01/31/17 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 3,000.00 | | 110,751.14 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.50 | 110,593.64 |
| 02/14/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 115,593.64 |
| 02/14/17 | 138 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 9,142.36 | 106,451.28 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.74 | 106,305.54 |
| 03/06/17 | {5} | Canford Fine Arts | Refund of shipping and packing of returned art work | 1290-000 | 60.00 | | 106,365.54 |

Page Subtotals: $122,610.00 $204,035.17

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 15-48911  MAR | | Trustee Name: | | Kenneth A. Nathan (420030) |
| Case Name: | WORLD ART AUCTIONS, LLC | | Bank Name: | | Mechanics Bank |
| Taxpayer ID #: | **-***6415 | | Account #: | | ******5066 Checking Account |
| For Period Ending: | 11/10/2020 | | Blanket Bond (per case limit): | | $2,000,000.00 |
| | | | Separate Bond (if applicable): | | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 116,365.54 |
| 03/10/17 | {2} | Erman, Teicher, Zucker & Freedman, P.C. | Sale of art p/o 12/8/15 | 1129-000 | 2,000.00 | | 118,365.54 |
| 03/13/17 | 139 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 8,852.74 | 109,512.80 |
| 03/14/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 114,512.80 |
| 03/28/17 | 140 | Erman Teicher Zucker & Freedman, PC | Fees p/o 12/8/15 | 3210-000 | | 19,775.76 | 94,737.04 |
| 03/28/17 | 141 | Franklin Advisors, LLC | P/o 12/8/15 | 3991-000 | | 19,775.76 | 74,961.28 |
| 03/30/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 6,000.00 | | 80,961.28 |
| 03/31/17 | 142 | Lucosky Brookman LLP Attorney Trust Account | P/o 12/8/15 | 4210-000 | | 32,000.00 | 48,961.28 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.82 | 48,794.46 |
| 04/11/17 | 143 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 9,448.28 | 39,346.18 |
| 04/19/17 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 44,346.18 |
| 04/25/17 | 144 | Kenneth A. Nathan, Trustee | Interim Trustee Fees p/o 4/24/17 | 2100-000 | | 6,980.50 | 37,365.68 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.52 | 37,282.16 |
| 05/03/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 42,282.16 |
| 05/15/17 | 145 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 7,482.16 | 34,800.00 |
| 05/18/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 39,800.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.03 | 39,735.97 |
| 06/08/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 49,735.97 |
| 06/08/17 | 146 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 8,137.92 | 41,598.05 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.97 | 41,537.08 |
| 07/10/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 51,537.08 |
| 07/17/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 56,537.08 |
| 07/25/17 | 147 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 9,341.84 | 47,195.24 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.01 | 47,126.23 |
| 08/03/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 52,126.23 |
| 08/23/17 | 148 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 8,305.27 | 43,820.96 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.83 | 43,738.13 |
| 09/05/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 53,738.13 |
| 09/20/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 63,738.13 |
| 09/20/17 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 1,888.00 | | 65,626.13 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.39 | 65,547.74 |
| 10/09/17 | {2} | Wyland Worldwide, LLC | Sale of art p/o 12/8/15 | 1129-000 | 4,449.07 | | 69,996.81 |
| 10/16/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 79,996.81 |
| 10/16/17 | 149 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 8,124.49 | 71,872.32 |
| 10/27/17 | 150 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 9,949.70 | 61,922.62 |
| 10/31/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 66,922.62 |

Page Subtotals: $109,337.07  $148,779.99

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

| Case No.: | 15-48911 MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 11/10/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.30 | 66,816.32 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 95.86 | 66,720.46 |
| 12/07/17 | 151 | Insurance Partners Agency, Inc. | Bond 11/1/17 thru 10/31/18 | 2300-000 | | 25.84 | 66,694.62 |
| 12/13/17 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 Sale of art p/o 12/8/15 | 1129-000 | 15,000.00 | | 81,694.62 |
| 12/13/17 | 152 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 8,177.98 | 73,516.64 |
| 12/15/17 | 153 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 10,504.93 | 63,011.71 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 95.43 | 62,916.28 |
| 01/02/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 72,916.28 |
| 01/16/18 | 154 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 10,692.26 | 62,224.02 |
| 01/29/18 | {2} | Franklin Advisors | Sale of art p/o 12/8/15 | 1129-000 | 15,000.00 | | 77,224.02 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 113.68 | 77,110.34 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.66 | 77,000.68 |
| 03/22/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 25,000.00 | | 102,000.68 |
| 03/22/18 | 155 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 6,284.81 | 95,715.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.24 | 95,600.63 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 132.92 | 95,467.71 |
| 05/07/18 | 156 | Franklin Advirors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 9,648.44 | 85,819.27 |
| 05/08/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 95,819.27 |
| 05/14/18 | 157 | Erman Teicher Zucker & Freedman, PC | Fees p/o 12/8/15 | 3210-000 | | 23,703.29 | 72,115.98 |
| 05/14/18 | 158 | Franklin Advisors, LLC | P/o 12/8/15 | 3991-000 | | 23,703.29 | 48,412.69 |
| 05/14/18 | 159 | Kenneth A. Nathan, Trustee | Interim Trustee Fees p/o 4/24/17 | 2100-000 | | 8,366.85 | 40,045.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 111.99 | 39,933.85 |
| 06/08/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 49,933.85 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.15 | 49,869.70 |
| 07/02/18 | {2} | Richard Taylor | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 54,869.70 |
| 07/09/18 | 160 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 7,121.96 | 47,747.74 |
| 07/09/18 | 161 | Franklin Advisors, LLC | Expenses p/o 12/8/15 | 3992-000 | | 10,383.76 | 37,363.98 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.11 | 37,298.87 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.43 | 37,243.44 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.56 | 37,214.88 |
| 10/03/18 | 162 | Franklin Advisors | June expenses p/o 12/8/15 | 3992-000 | | 9,866.51 | 27,348.37 |
| 10/03/18 | 163 | Franklin Advisors | July expenses p/o 12/8/15 | 3992-000 | | 3,324.63 | 24,023.74 |
| 10/03/18 | 164 | Franklin Advisors | August expenses p/o 12/8/15 | 3992-000 | | 2,720.34 | 21,303.40 |

Page Subtotals: $90,000.00 $135,619.22

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2

# Cash Receipts And Disbursements Record

| Case No.: | 15-48911 MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6415 | Account #: | ******5066 Checking Account |
| For Period Ending: | 11/10/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.87 | 21,281.53 |
| 11/05/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 10,000.00 | | 31,281.53 |
| 11/26/18 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 8,000.00 | | 39,281.53 |
| 11/26/18 | 165 | Franklin Advisos | September expenses p/o 12/8/15 | 3992-000 | | 6,150.00 | 33,131.53 |
| 11/26/18 | 166 | Franklin Advisors | October expenses p/o 12/8/15 | 3992-000 | | 4,589.80 | 28,541.73 |
| 12/07/18 | 167 | Insurance Partners Agency, Inc. | Blanket Bond Renewal 11.1.18 - 10.31.19 | 2300-000 | | 26.29 | 28,515.44 |
| 12/20/18 | 168 | Cantor Insurance Group | Insurance 12/18/18 - 12/18/19 Policy ************3333 Invoice 035664 | 2420-000 | | 2,390.00 | 26,125.44 |
| 01/15/19 | {2} | Franklin Advisors, LLC | Sale of art p/o 12/8/15 | 1129-000 | 5,000.00 | | 31,125.44 |
| 02/12/19 | 169 | KENNETH A. NATHAN, TRUSTEE | Interim Trustee fees p/o 4/24/17 | 2100-000 | | 1,900.00 | 29,225.44 |
| 03/18/19 | {2} | Franklin Advisors LLC | Sale of art p/o 12/8/15 | 1129-000 | 12,000.00 | | 41,225.44 |
| 03/27/19 | 170 | Franklin Advisors | November ($7,125.06) and December ($7,613.71) expenses p/o 12/8/15 | 3992-000 | | 14,738.77 | 26,486.67 |
| 03/27/19 | 171 | Franklin Advisors | January ($4,333.38) and February ($4,538.06) expenses p/o 12/8/15 | 3992-000 | | 8,871.44 | 17,615.23 |
| 04/29/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1204 | Transition Debit to Metropolitan Commercial Bank acct 3910021204 | 9999-000 | | 17,615.23 | 0.00 |

|  |  | COLUMN TOTALS | 726,845.26 | 726,845.26 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | 0.00 | 17,615.23 | |
| | | **Subtotal** | **726,845.26** | **709,230.03** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$726,845.26** | **$709,230.03** | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

**Cash Receipts And Disbursements Record**

| Case No.: | 15-48911 MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | WORLD ART AUCTIONS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6415 | Account #: | ******1204 Checking Account |
| For Period Ending: | 11/10/2020 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/19 | | Transfer Credit from Rabobank, N.A. acct ******5066 | Transition Credit from Rabobank, N.A. acct 5013555066 | 9999-000 | 17,615.23 | | 17,615.23 |
| 05/31/19 | {2} | Franklin Advisors, LLC | Sale of art per order December 5, 2018 [p/o 12/8/15] | 1129-000 | 4,589.00 | | 22,204.23 |
| 07/01/19 | 1000 | Franklin Advisors, LLC | March ($5,526.74); April ($4,779.52); May ($5,120.11) expenses p/o 12/8/15 | 3992-000 | | 15,426.37 | 6,777.86 |
| 10/28/19 | {2} | OB Services | Payment of insurance claim on damaged property | 1129-000 | 100,000.00 | | 106,777.86 |
| 11/21/19 | 1001 | Kenneth Nathan | Trustee fees p/o 4/24/17 | 2100-000 | | 5,829.46 | 100,948.40 |
| 12/03/19 | 1002 | Insurance Partners | Blanket Bond 11/1/19 - 10/31/20 Invoice 377121 | 2300-000 | | 4.87 | 100,943.53 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 80.67 | 100,862.86 |
| 04/27/20 | 1003 | Franklin Advisors | Expenses p/o 12/8/15 | 3992-000 | | 11,616.81 | 89,246.05 |
| 04/27/20 | 1004 | Franklin Advisors | p/o 12/8/15 | 3991-000 | | 14,500.00 | 74,746.05 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 161.21 | 74,584.84 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 115.23 | 74,469.61 |
| 06/24/20 | 1005 | Franklin Advisors | p/o 12/8/15 | 3991-000 | | 5,382.70 | 69,086.91 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 126.67 | 68,960.24 |
| 09/08/20 | 1006 | U.S. Bankruptcy Court Clerk | CK 1006 was pd thru ACH to Court 9/10/20-Distribution pmt - Dvdnd pd at 100% of $700; Clm #BKCYCOURT; Filed $700 | 2700-000 | | 700.00 | 68,260.24 |
| 09/08/20 | 1007 | Kenneth A. Nathan | Distribution payment - Dividend paid at 100.00% of $32.64; Claim # TE; Filed: $32.64 | 2200-000 | | 32.64 | 68,227.60 |
| 09/08/20 | 1008 | TCA Global Credit Master Fund, LP | Distribution payment - Dividend paid at 7.50% of $910,000.00; Claim # 11; Filed: $910,000.00 | 4210-000 | | 68,227.60 | 0.00 |

| | | COLUMN TOTALS | | | 122,204.23 | 122,204.23 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 17,615.23 | 0.00 | |
| | | Subtotal | | | 104,589.00 | 122,204.23 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $104,589.00 | $122,204.23 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

Exhibit 9
Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-48911  MAR |
| **Case Name:** | WORLD ART AUCTIONS, LLC |
| **Taxpayer ID #:** | **-***6415 |
| **For Period Ending:** | 11/10/2020 |

| | |
|---|---|
| **Trustee Name:** | Kenneth A. Nathan (420030) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1204 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5066 Checking Account | $726,845.26 | $709,230.03 | $0.00 |
| ******1204 Checking Account | $104,589.00 | $122,204.23 | $0.00 |
| | **$831,434.26** | **$831,434.26** | **$0.00** |

| 11/10/2020 | /s/Kenneth A. Nathan |
|---|---|
| Date | Kenneth A. Nathan |

UST Form 101-7-TDR (10 /1/2010)